# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Saima Ashraf-Hassan

v.

Embassy of France

**Case No:** 16-7082

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- (•) Appellant(s)/Petitioner(s)
- ( ) Appellee(s)/Respondent(s)
- ( ) Intervenor(s)
- ( ) Amicus Curiae

Embassy of France

Names of Parties

Names of Parties

### Counsel Information

**Lead Counsel:** Pierre Choné (MD013390)

**Direct Phone:** (202) 543-3066    **Fax:** (202) 543-2836    **Email:** pchone@cabinetchone.com

**2nd Counsel:** Laina Lopez (firm and contact information on separate form).

**Direct Phone:** ( ) -    **Fax:** ( ) -    **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -    **Fax:** ( ) -    **Email:**

**Firm Name:** Law Office of Pierre Choné, PLLC

**Firm Address:** 206 9th Street SE, Washington DC 20003

**Firm Phone:** (202) 543-3066    **Fax:** (202) 543-2836    **Email:** pchone@cabinetchone.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)